sented in the case of Corporation v. Thompson (decided herewith) 47 N. Y. Supp. 830. For the reasons assigned for the decision in that case, the judgment appealed from is reversed, and judgment directed for the plaintiff against the defendant for his share of one sixteenth of the value of the turpentine in the sheds of Downing & Co., at Brunswick, Ga., destroyed by fire, and which was covered by the policy issued by the plaintiff; such amount to be ascertained upon the settlement of the judgment upon this appeal.

LONDON ASSUR. CORP., Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, First Department. October, 1897.) Action by the London Assurance Corporation against Eugene Miller. W. W. MacFarland, for appellant. Michael H. Cardozo, for respondent.

PER CURIAM. The question presented in this case is substantially the same as that presented in the case of Corporation v. Thompson (decided herewith) 47 N. Y. Supp. 830. For the reasons assigned for the decision in that case, the judgment appealed from is reversed, and judgment directed for the plaintiff against the defendant for his share of one sixteenth of the value of the turpentine in the sheds of Downing & Co., at Brunswick, Ga., destroyed by fire, and which was covered by the policy issued by the plaintiff; such amount to be ascertained upon the settlement of the judgment upon this appeal.

LONDON ASSUR. CORP., Appellant, v. PATTERSON, Respondent. (Supreme Court, Appellate Division, First Department. October, 1897.) Action by the London Assurance Corporation against James W. Patterson. W. W. MacFarland, for appellant. Michael H. Cardozo, for respondent.

PER CURIAM. The question presented in this case is substantially the same as that presented in the case of Corporation v. Thompson (decided herewith) 47 N. Y. Supp. 830. For the reasons assigned for the decision in that case, the judgment appealed from is reversed, and judgment directed for the plaintiff against the defendant for his share of one-sixteenth of the value of the turpentine in the sheds of Downing & Co., at Brunswick, Ga., destroyed by fire, and which was covered by the policy issued by the plaintiff: such amount to be ascertained upon the settlement of the judgment upon this appeal.

LONDON ASSUR. CORP., Appellant, v. SELVAGE, Respondent. (Supreme Court, Appellate Division, First Department. October, 1897.) Action by the London Assurance Corporation against Walter Selvage. W. W. MacFarland, for appellant. Michael H. Cardozo, for respondent.

PER CURIAM. The question presented in this case is substantially the same as that presented in the case of Corporation v. Thompson (decided herewith) 47 N. Y. Supp. 830. For the reasons assigned for the decision in that case, the judgment appealed from is reversed, and judgment directed for the plaintiff against the defendant for his share of one-sixteenth of the value of the turpentine in the sheds of Downing & Co., at Brunswick, Ga., destroyed by fire, and which was covered by the policy issued by the plaintiff; such amount to be ascertained upon the settlement of the judgment upon this appeal.

LUBECKER, Respondent, v. KAHN, Appellant. (Supreme Court, Appellate Term. October 1, 1897.) Action by Louis Lubecker against Louis Kahn. Nichols & Bacon, for appellant. J. J. O'Brien, for respondent. No opinion. Affirmed, with costs.

McCARTHY v. CROWLEY, Respondent (SWANICK, Appellant). (Supreme Court, Appellate Division, Third Department. May 11, 1897.) Action by Hannah McCarthy against Michael Crowley and James F. Swanick. No opinion. Order modified by directing that motion for substitution be granted upon payment to appellant of $10 costs in action, and with $10 costs of motion, and with $10 costs and disbursements of this appeal.

McCLATCHY v. CENTRAL TRUST CO. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by Alfred C. McClatchy against the Central Trust Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

McCLATCHY v. CENTRAL TRUST CO. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by Alfred McClatchy against the Central Trust Company. No opinion. Motion for discontinuance of appeal denied.

McCULLOCH, Appellant, v. MERCHANT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Martha McCulloch against Allen Merchant, Walter B. Fargo, John T. Chamberlain, Betsy Chamberlain, and Benjamin Conable, sued by J. Ashley McCulloch and others. No opinion. Judgment and order affirmed, with costs.

McDOWELL, Appellant, v. BIGELOW, Respondent. (Supreme Court, Appellate Division, Third Department. September 28, 1897.) Action by Russell J. McDowell against John S. Bigelow. No opinion. Judgment affirmed, with costs.

McFARLAND, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Peter McFarland against the New York Central & Hudson River Railroad Company. No opinion. Motion to amend the order and judgment granted. See 46 N. Y. Supp. 1095.

In re McGOVERN. (Supreme Court, Appellate Division, First Department. October 15, 1897.) In the matter of Henrietta McGovern. No opinion. Motion granted, with $10 costs.

McKINLEY, Respondent, v. McKINLEY, Appellant. (Supreme Court, Appellate Division, Second Department. October 29, 1897.) Ac-